UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CRIMINAL NO.  4:23-cr-00358 |
| CHRISTIAN XAVIER RUCKER | § | |

### MOTION TO ADOPT CO-DEFENDANT'S MOTIONS

Defendant, **CHRISTIAN XAVIER RUCKER**, moves this Honorable Court, according to Federal Rule of Criminal Procedure 12, for permission to incorporate and adopt motions filed by the co-defendants.

The pretrial issues and potential evidentiary issues of the co-defendants are expected to be substantially similar to those of Mr. Rucker. The motions filed by counsel for his co-defendants would be identical to motions filed by Mr. Rucker and that to repeat the requests would unnecessarily congest the Court's file.

This motion is intended to include all motions filed during the prosecution of this cause that, by their facts, are not particular to the defendant who filed them. Defendant reserves the right to object to any motion not intended to be adopted or incorporated by this motion.

WHEREFORE PREMISES CONSIDERED, Defendant **CHRISTIAN XAVIER RUCKER**, respectfully requests this Court to enter an order allowing him to adopt the motions of his co-defendants.

fmt

Respectfully,

**FOR CHRISTIAN XAVIER RUCKER**

*/s/ Edward Mallett*
Edward Mallett
Mallett Saper, L.L.P.
5300 Memorial Dr.
Suite 750
Houston, TX 77007
713-236-1900
Email: edward@msblawyers.com

*/s/ George Michael DeGeurin, Jr*
George Michael DeGeurin, Jr
Foreman DeGeurin et al.
300 Main St.  3rd Floor
Houston, TX 77002
713-655-9000
m2degeurin@fddlaw.net

## CERTIFICATE OF SERVICE

A copy of the foregoing motion on counsel for all parties to this proceeding by electronic/ECF delivery on January 15, 2026.

*s/ George Michael DeGeurin Jr.*
Michael DeGeurin Jr.

## CERTIFICATE OF CONFERENCE

Defense counsel conferred with Assistant United States Attorney Byron Black, and he state the government is opposed to this Motion.

*s/ George Michael DeGeurin Jr.*
Michael DeGeurin Jr.